**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 34 WM 2022
:
Respondent :
:
:
:
v. :
:
:
HARRY L. BIERLEY, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of November, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.